APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made November 15,
1889, which denied a motion for an order that the report of
the commissioners in the above proceedings be sent back to
said commissioners for correction, and to pass upon and
determine the damages suffered by the appellant.

*Ernest Hall* for appellant.

*Franklin Bartlett* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

In the Matter of the Application of the DEPARTMENT OF PUB-
LIC PARKS OF THE CITY OF NEW YORK to Acquire Title to
Certain Lands under Chapter 522 of the Laws of 1884.

THOMAS BOLTON, Appellant, *v.* THE MAYOR, ALDERMEN AND
COMMONALTY OF THE CITY OF NEW YORK, Respondent.

(Argued June 17, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made March 28, 1890,
which denied a motion for an order that the report of the
commissioners in the above proceedings be sent back to said
commissioners to ascertain the damages suffered by the
appellant.

*Alex. Thain* for appellant.

*Franklin Bartlett* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.